IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Lisa Hein-Dixon, | Civil Action No. 3:04-22164-17 |
| Plaintiff, | |
| vs. | CONSENT ORDER OF DISMISSAL |
| Household Finance Corporation, II, | |
| Defendant. | |

IT APPEARING that the Plaintiff, Lisa Hein-Dixon, has agreed to voluntarily dismiss the above-captioned case.

NOW THEREFORE, upon Motion of the Plaintiff, Lisa Hein-Dixon, upon the advice of her undersigned attorney, David A. Maxfield, and by and with the consent of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for the Defendant, Household Finance Corporation, II,

IT IS HEREBY ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action, be dismissed, without prejudice.

AND IT IS SO ORDERED.

s/ Joseph F. Anderson, Jr.
JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 10, 2005